A. Alfred Watts, Appellant, v. Greater Bethesda Missionary Baptist Church, an Illinois Religious Corporation, Appellee.

Gen. No. 47,535.

First District, Third Division.

December 29, 1958.

Released for publication January 22, 1959.

Moore, Ming & Leighton (George Dorman Carry, of counsel); Euclid Louis Taylor and Howard T. Savage, for defendant-appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.

William W. Thompson, et al., Plaintiffs-Appellees, v. John Majcher, et al., Defendants-Appellants.

Gen. No. 11,157.

Second District, Second Division.

January 13, 1959.

Released for publication January 29, 1959.

John S. Charone, for defendants-appellants; Joseph A. Donovan (Ervin F. Wilson, of counsel) for appellees. Opinion by JUSTICE CROW. Not to be published in full.